IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY T. HILL,

    Plaintiff,

v.                                            Case No. 1:24-cv-84-AW-ZCB

E. NEWBERN, et al.,

    Defendants.

_____/

## FINAL ORDER

Plaintiff Jeffrey Hill sued three corrections officers, alleging Eighth Amendment violations. ECF No. 7. Defendants moved to dismiss for lack of exhaustion (and for other reasons). ECF No. 18. The magistrate judge issued a report and recommendation concluding the court should dismiss based on lack of exhaustion. ECF No. 29. Hill filed objections, ECF No. 32, to which Defendants responded, ECF No. 36. I have considered de novo the issues Hill raised in his objections. After careful review, I now overrule the objections, adopt the report and recommendation, and grant the motion to dismiss. As the magistrate judge concluded, Hill did not fully exhaust the claims he brings here.

I now incorporate the report and recommendation into this order. The motion to dismiss (ECF No. 18) is GRANTED. The clerk will enter a judgment that says, "This case is dismissed without prejudice for lack of exhaustion." The clerk will then close the file.

1

SO ORDERED on February 2, 2026.

                                                       s/ *Allen Winsor*
                                                      Chief United States District Judge